IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIAM D. DAVIS AND
MICHELLE MARLENE BENDER DAVIS                                          PLAINTIFFS

V.                                           CIVIL ACTION NO.: 2:20-CV-176-TBM-MTP

COUNTY OF JONES, MISSISSIPPI,
TONYA MADISON, INDIVIDUALLY AND AS A
FORMER DEPUTY SHERIFF OF JONES COUNTY,
MISSISSIPPI, JOHN DOES 1-25, JANE DOES 1-25,
AND OTHER UNKNOWN DEFENDANTS, DEPUTIES AND
EMPLOYEES OF THE COUNTY OF JONES, MISSISSIPPI,
INDIVIDUALLY AND AS EMPLOYEES OF JONES COUNTY,
MISSISSIPPI                                                             DEFENDANTS

## AGREED ORDER OF DISMISSAL

This day, this cause came to be heard on a joint *ore tenus* motion of the parties that Plaintiffs' claims against Tonya Madison in her INDIVIDUAL CAPACITY be dismissed with prejudice, and the Court, having considered the same and it being made known to the Court that the parties are in agreement thereto, finds that said motion is well-taken.

Coinciding with said agreement, Tonya Madison agrees that she will voluntarily make herself available for deposition and shall likewise make herself available at a trial on the merits should the latter be set.

This Agreed Order of Dismissal shall have no effect on Plaintiffs' claims against Tonya Madison in her official capacity.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Tonya Madison in her individual capacity are hereby dismissed with prejudice; each party shall bear their own costs.

So ordered this the 29th day of December, 2020.

*Taylor B. McNeel*
U. S. DISTRICT JUDGE

Agreed to by:

/s/ R. Michael Bolen
R. Michael Bolen (MSB #3615)
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 Hwy. 80 West
Jackson, MS 39209
Tel: 601-923-0788
Fax: 601-922-2968
rmb@hoodbolen.com
   *Attorney for Plaintiffs*

/s/ Lance W. Martin
WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
214 Justice Street
P. O. Box 751
Brookhaven, MS 39602
Tel: 601-833-4361
Fax: 601-833-6647
wallen@aabalegal.com
lmartin@aabalegal.com
   *Attorneys for Defendant, Tonya Madison*