IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WILLIAM D. DAVIS AND**
**MICHELLE MARLENE BENDER DAVIS**                                    **PLAINTIFFS**

V.                                          CIVIL ACTION NO.: 2:20-CV-176-TBM-MTP

**COUNTY OF JONES, MISSISSIPPI, ET AL.**                              **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

PARTIES IN THIS CAUSE have made it known to the Court that Plaintiffs have reached an Agreement with Defendants to conclude this matter. The Court, understanding that the Agreement, in part, operates as a full and final release of Plaintiffs' claims in this matter, finds that the matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause is hereby dismissed with prejudice in accordance with the Parties' Agreement, with each party bearing their own costs.

SO ORDERED, THIS, the 12th day of November, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

AGREED TO AND DRAFTED BY:

/s/ *William R. Allen*
WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS  39602-0751
Tel. (601) 833-4361
wallen@aabalegal.com
lmartin@aabalegal.com
      *Attorneys for Defendants*

AGREED TO BY:

/s/ *R. Michael Bolen*
R. Michael Bolen, Esq.
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 Hwy. 80 West
Jackson, MS 39209
rmb@hoodbolen.com
      *Attorney for Plaintiffs*